FILED

DEC 26 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LIDIA MARLENE VELASQUEZ-CIFUENTE, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 10-70145 <br><br> Agency No. A074-803-757 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 17, 2013[**]

Before:     GOODWIN, WALLACE, and GRABER, Circuit Judges.

Lidia Marlene Velasquez-Cifuente, a native and citizen of Guatemala,

petitions for review of the Board of Immigration Appeals' order dismissing her

appeal from an immigration judge's decision denying her motion to reopen

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal proceedings held in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The agency did not abuse its discretion in denying Velasquez-Cifuente's motion to reopen where she failed to establish lack of proper notice. *See* 8 U.S.C. § 1229a(b)(5)(A), (c)(ii)*; cf. Dobrota v. INS,* 311 F.3d 1206, 1211 (9th Cir. 2002) (agency "may generally satisfy notice requirements by mailing notice of the hearing to an alien . . . , *or*, if she is represented, to her attorney's address of record.").

The agency also did not abuse its discretion in denying Velasquez-Cifuente's motion to reopen based on ineffective assistance of counsel where she failed to comply with the threshold requirements of *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988), and the alleged ineffective assistance was not "plain on the face of the administrative record." *See Castillo-Perez v. INS*, 212 F.3d 518, 525 (9th Cir. 2000).

**PETITION FOR REVIEW DENIED.**

10-70145